

# Fourth Court of Appeals
## San Antonio, Texas

April 3, 2014

No. 04-14-00092-CV

**IN THE INTEREST OF A.E., JR.,** Et al., Children,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00722
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

       This is an appeal from a judgment terminating the parental rights of two appellants. On March 26, 2014, appellant Tommi Jo E.'s court-appointed appellate counsel filed a motion to withdraw and brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. *See In re R. R.*, No. 04-03-00096-CV, 2003 WL 21157944 (Tex. App.–San Antonio, May 21, 2003, order) (holding that *Anders* procedures apply to appeals from orders terminating parental rights), disp. on merits, 2003 WL 22080522 (Tex. App.–San Antonio, Sept. 10, 2003, no pet.) (mem. op.). Counsel states he has informed appellant of her right to review the record and file her own brief. *See id.*; *Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio, July 23, 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

       If appellant desires to file a pro se brief, we order that she do so <u>on or before May 5, 2014</u>. The State has filed a notice waiving its right to file a brief in this case unless appellant files a pro se brief. If appellant timely files a pro se brief, the State may file a responsive brief no later than thirty days after appellant's pro se brief is filed in this court.

       We order that the motion to withdraw filed by appellant's counsel is held in abeyance pending further order of the court.

       We further order the clerk of this court to serve a copy of this order on appellant and all counsel.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of April, 2014.



Keith E. Hottle
Clerk of Court